Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00261-CR

**IN RE** Perry **McElroy**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   May 20, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 7, 2009, relator Perry McElroy filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* motion to reduce bond and his *pro se* petition for writ of habeas corpus. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions and petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court

---

[1] This proceeding arises out of Cause No. 2008-CR-11409, styled *State v. Perry McElroy*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

did not abuse its discretion by declining to rule on relator's *pro se* motion to reduce bond and his *pro se* petition for writ of habeas corpus that relates directly to his confinement based on the criminal proceeding in the trial court. Therefore, we conclude relator has not shown himself entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for a writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is denied as moot.

PER CURIAM

DO NOT PUBLISH